UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P., a Minor, by her Guardian ad Litem, RICARDO BALDERAS; and NATALIE PRIETO,<br><br>          Plaintiffs,<br><br>     vs.<br><br>CITY OF PORTERVILLE, and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. 1:09-CV-01538 AWI (DLB)<br><br>**[Proposed] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Upon stipulation of the parties and good cause having been shown, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs are granted leave to file the First Amended Complaint attached to the parties' stipulation.

2. The filing of the First Amended Complaint shall constitute service on Defendants Hall, Dowling, Rodriguez, and McMillan.

3. Defendants shall have thirty (30) days from the date of service to respond to Plaintiffs' First Amended Complaint.

4.

IT IS SO ORDERED.

Dated: **January 23, 2010**          /s/ *Dennis L. Beck*
                                     UNITED STATES MAGISTRATE JUDGE

1  6.
2  7.