# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P., a minor and NATALIE PRIETO, | 1:09-cv-1538-AWI-SKO |
| Plaintiffs, | ORDER APPOINTING GUARDIAN AD LITEM |
| v. | |
| CITY OF PORTERVILLE and DOES 1-10 inclusive, | |
| Defendants. | |

On August 28, 2009, Richardo Balderas, the grandfather of Plaintiff, J.P. ("the minor"), filed a petition to be appointed the minor's guardian ad litem.  Upon consideration of the application, the petition is hereby GRANTED.

IT IS SO ORDERED.

**Dated:   April 21, 2010**              /s/ Sheila K. Oberto
                                                              UNITED STATES MAGISTRATE JUDGE

1