# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| J.P., Minor, by her Guardian ad Litem RICARDO BLADERAS, et al., | CASE NO. 1:09-cv-01538-AWI-SKO |
| Plaintiff, | **ORDER DENYING STIPULATED REQUEST FOR MODIFICATION OF SCHEDULING ORDER** |
| v. | |
| CITY OF PORTERVILLE, et al., | |
| Defendant. | |

On July 16, 2010, the parties filed a stipulation requesting that all deadlines set forth in the December 23, 2009, Scheduling Order be extended. In the December 23, 2009, Scheduling Order, the parties were explicitly instructed as follows:

> Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested.

In the parties' stipulated request, they provide no statement of good cause or even a reason why all the deadlines applicable to all discovery and motions should be extended.

Accordingly, IT IS HEREBY ORDERED THAT the parties' request for an extension of all scheduling deadlines is DENIED. The parties may resubmit a request that sets forth good cause for the desired extensions for the Court's consideration.

IT IS SO ORDERED.

Dated:   July 16, 2010                         /s/ Sheila K. Oberto
                                               UNITED STATES MAGISTRATE JUDGE

1