# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| J.P., et al., | CASE NO. 1:09-cv-01538-AWI-SKO |
| Plaintiff, | **ORDER ON REQUEST FOR MODIFICATION OF SCHEDULE** |
| v. | |
| CITY OF PORTERVILLE, et al., | (Docket No. 21) |
| Defendant. | |

On July 16, 2010, the parties filed a stipulated request that the scheduling deadlines in the case be extended. This request did not provide any reasons or cause for modifying the schedule and the request was denied. On July 24, 2010, the parties renewed their stipulated request for an extension of scheduling deadlines in the case. This request was accompanied by a Declaration of Dale K. Galipo stating reasons for the request including workload considerations of counsel and the parties' and witnesses' availability.

**The parties have proposed the following extensions**:

| | Deadline | Initial Date: | Requested Date: |
|---|---|---|---|
| 1. | Non-Expert Discovery Cut-Off: | September 1, 2010 | November 19, 2010 |
| 2. | Expert Disclosures: | November 15, 2010 | December 3, 2010 |
| 3. | Non-Dispositive Motion Filing: | November 17, 2010 | December 17, 2010 |

1

| | | | | |
|---|---|---|---|---|
| 4. | Non-Dispositive Motion Hearing: | December 10, 2010 | January 7, 2011 |
| 5. | Expert Discovery Cut-Off | November 11, 2010 | January 14, 2011 |
| 6. | Dispositive Motion Filing: | December 17, 2010 | January 21, 2011 |
| 7. | Dispositive Motion Hearing: | January 18, 2011 | February 11, 2011 |
| 8. | Pre Trial Conference | March 4, 2011 | March 4, 2011 |
| 9. | Trial | April 12, 2011 | April 11, 2011 |

While the parties have provided reasons to extend the deadlines, most of the extended deadlines proposed by counsel **cannot** be accommodated by the Court given the existing pre-trial conference date and the trial date. The Court notes, for example, that the proposed dispositive motion filing deadline is January 21, 2011, which leaves less than 28 days (as is required for proper notice of a motion) before the proposed hearing deadline of February 11, 2011. Further, the proposed dispositive motion hearing deadline is only three weeks before the pre-trial conference date of March 4, 2011.

The request that the Court can accommodate, given the existing trial date, is to extend the Non-Expert Discovery Cut-Off date to November 10, 2010. The Court notes that the parties' proposed date of November 19, 2010, would cause the discovery deadline to expire after the non-dispositive motion filing deadline.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The parties' request for an extension of the non-expert discovery deadline is GRANTED IN PART and DENIED IN PART; the non-expert discovery deadline shall be extended to **November 10, 2010**; and

2. The parties' request for other deadline extensions is DENIED.

IT IS SO ORDERED.

**Dated:   July 29, 2010**              /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE