LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
John C. Fattahi (Bar No. 247625)
jfattahi@gmail.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:     (818) 347-3333
Facsimile:      (818) 347-4118

THE CLAYPOOL LAW FIRM
Brian E. Claypool, Esq. (Bar No. 134674)
becesq@aol.com
1055 East Colorado Boulevard, 5th Floor
Pasadena, California  91106
Telephone:     (626) 240-4616
Facsimile:      (626) 240-4617

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| J.P., etc., et al.,<br><br>            Plaintiffs,<br><br>      vs.<br><br>CITY OF PORTERVILLE, et al.,<br><br>            Defendants. | Case No. 1:09-CV-01538 AWI SKO<br><br>**SECOND JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**<br><br>Trial Date:  April 12, 2011 |

This action arises out of an officer-involved shooting incident that occurred at a Foster Farms processing facility in the City of Porterville on July 24, 2008.  There are many witnesses who perceived at least some part of the incident.  To date, the parties have been able to complete nine depositions, but despite diligent efforts have had difficulty scheduling several additional depositions.  As set forth in the attached declaration of Dale K. Galipo, the parties respectfully submit that there is good cause for the proposed modification based on the trial schedule of counsel, and party and witness availability.  The parties hereto, through their respective counsel of

record, have conferred and hereby stipulate to extend discovery and motion filing deadlines as follows:

| Deadline: | Current Date: | Requested Date: |
|---|---|---|
| **Non-Expert Discovery Cut-Off** | November 10, 2010 | February 18, 2011 |
| **Expert Disclosures** | November 15, 2010 | December 20, 2011 |
| **Non-Dispositive Motion Filing** | November 17, 2010 | March 15, 2011 |
| **Non-Dispositive Motion Hearing** | December 10, 2010 | April 18, 2011 |
| **Expert Discovery Cut-Off** | November 11, 2010 | March 9, 2011 |
| **Dispositive Motion Filing** | December 17, 2010 | April 14, 2011 |
| **Dispositive Motion Hearing** | January 18, 2011 | May 17, 2011 |
| **Pretrial Conference** | March 4, 2011 | July 1, 2011 |
| **Trial** | April 12, 2011 | August 16, 2011 |

DATED: October 22, 2010         LAW OFFICES OF DALE K. GALIPO


                                By          /s/ Dale K. Galipo
                                   Dale K. Galipo
                                   *Attorneys for Plaintiffs*


DATED: October 25, 2010         FERGUSON, PRAET & SHERMAN
                                A Professional Corporation


                                By          /s/ Bruce D. Praet
                                   Bruce D. Praet
                                   *Attorneys for Defendants*

### ORDER

On October 25, 2010, the parties filed a stipulated request for a modification of the schedule in this matter. This is the second request for an extension of the scheduling order in this case. On July 29, 2010, the Court extended the non-expert discovery deadline to November 10, 2010.

In the declaration filed in support of the parties' stipulated request for a modification of the entire schedule, Plaintiffs' counsel states that the need for the extension is predicated on the parties' and their counsel's inability to timely schedule and obtain necessary depositions prior to the non-expert discovery deadline.  (*See* Doc. 23-1.)

The Court is reluctant to extend the schedule in this matter.  The reason for the extension appears to relate mainly to workload issues of the attorneys involved and the inherent problem of scheduling depositions on the eve of the close of discovery.  This does not represent particularly good cause for a modification of the schedule. Fed. R. Civ. P. 16(b)(4).  However, with at least nine (9) outstanding depositions remaining, the Court finds that allowing a modification of the schedule so that this discovery may be completed is appropriate.  Extending the discovery deadline creates the need to extend all further dates in the scheduling order.  Thus, the Court will GRANT the parties' stipulated request for a modification of all scheduling dates, including the trial date, all of which are set forth above.

The Court ADMONISHES the parties that this is the final extension of the trial schedule that will be granted absent truly good cause.  As the parties are aware, the Eastern District of California is the busiest district court in the nation and has a very pressing need to manage its docket efficiently.

To more closely monitor the parties' diligence in complying with the extended schedule, the Court requires that a **joint status report** regarding the progress of the outstanding discovery be filed with the Court on **December 21, 2010.**  In addition, all anticipated depositions **must be noticed on or before December 21, 2010**, Fed. R. Civ. P. 30(b)(1), and these notices shall be filed as exhibits to the parties' joint status report.

IT IS SO ORDERED.

Dated:   **November 2, 2010**            **/s/ Sheila K. Oberto**
                                                           UNITED STATES MAGISTRATE JUDGE