UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P., a Minor, by her Guardian ad Litem, RICARDO BALDERAS; and NATALIE PRIETO,<br><br>         Plaintiffs,<br><br>    vs.<br><br>CITY OF PORTERVILLE, and DOES 1-10, inclusive,<br><br>         Defendants. | Case No. 1:09-CV-01538 AWI (SKO)<br><br>**ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Upon stipulation of the parties and good cause having been shown, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs are granted leave to file the Second Amended Complaint attached to the parties' stipulation filed at Docket No. 29; and
2. Defendants shall have twenty-one (21) days from the date the Second Amended Complaint is filed to respond to Plaintiffs' Second Amended Complaint.

IT IS SO ORDERED.

Dated:   **February 14, 2011**         **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE