UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P., a Minor, by her Guardian ad Litem, RICARDO BALDERAS; and NATALIE PRIETO,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF PORTERVILLE, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 1:09-CV-01538 AWI (SKO)<br><br>**ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Upon stipulation of the parties and good cause having been shown, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs are granted leave to file the Second Amended Complaint attached to the parties' stipulation.

2. Defendants shall have twenty-one (21) days from the date of service to respond to Plaintiffs' Second Amended Complaint.

ORDER

IT IS SO ORDERED.

Dated: February 14, 2011  _____
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28