UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P., a minor by and through her guardian ad litem, RICARDO BALDERAS; et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY OF PORTERVILLE; et al.,<br><br>        Defendants. | *Before Hon. Sheila K. Oberto*<br><br>Case No. 1:09-CV-01538 AWI (SKO)<br><br>**ORDER APPOINTING RICARDO BALDERAS AS GUARDIAN AD LITEM FOR R.B. AND S.B., MINORS**<br>**(Doc. No. 33)** |

### **ORDER**

After reviewing the application of Ricardo Balderas and for good cause shown, **IT IS HEREBY ORDERED THAT** Ricardo Balderas shall be appointed Guardian Ad Litem for R.B. and S.B. in the above action.

IT IS SO ORDERED.

    Dated:   **February 17, 2011**          /s/ Sheila K. Oberto
                                                          UNITED STATES MAGISTRATE JUDGE