LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
John C. Fattahi (Bar No. 247625)
jfattahi@gmail.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

THE CLAYPOOL LAW FIRM
Brian E. Claypool, Esq. (Bar No. 134674)
becesq@aol.com
1055 East Colorado Boulevard, 5th Floor
Pasadena, California 91106
Telephone:   (626) 240-4616
Facsimile:   (626) 240-4617

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| J.P., etc., et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF PORTERVILLE, et al.,<br><br>　　　　Defendants. | Case No. 1:09-CV-01538 AWI (SKO)<br><br>*Before U.S. Magistrate Judge Sheila K. Oberto*<br><br>**JOINT STIPULATION AND ORDER CONTINUING DATES FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Trial Date: August 16, 2011 |

　　　　Defendants' Motion for Summary Judgment (Docket No. 37, filed March 9, 2011) is currently set for hearing on April 18, 2011, at 1:30 p.m. in Courtroom 2. The parties hereto, through their respective counsel of record, have conferred and hereby stipulate to continue the briefing schedule and hearing date on Defendants' Motion for Summary Judgment as follows:

1     **Plaintiffs' Opposition**: Extended to **April 18, 2011**

2     **Defendants' Reply**: Extended to **May 2, 2011**

3     **Motion Hearing**: Extended to **May 16, 2011, at 1:30 p.m., in Courtroom 2**

4     All deadlines set by the Court, including the dispositive motion hearing cut-off date of May 17, 2011, are unaffected.

DATED: March 28, 2011        LAW OFFICES OF DALE K. GALIPO

                                  By     /s/ John C. Fattahi
                                  John C. Fattahi
                                  *Attorneys for Plaintiffs*

DATED: March 29, 2011        FERGUSON, PRAET & SHERMAN
                                  A Professional Corporation

                                  By     /s/ Bruce D. Praet
                                  (by permission 03/29/11)
                                  Bruce D. Praet
                                  *Attorneys for Defendants*

IT IS SO ORDERED.

    Dated:  **March 30, 2011**        **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE