IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P., a minor by a her guardian ad litem **RICARDO BALDERAS, et al.,**<br><br>    **Plaintiffs**,<br>    v.<br><br>**CITY OF PORTERVILLE, et al.,**<br><br>    **Defendants.** | 1:09-cv-1538  AWI DLB<br><br>**ORDER VACATING MAY 16, 2011, HEARING AND TAKING MATTER UNDER SUBMISSION** |

   Currently set for hearing and decision on May 16, 2011, is Defendants' motion for summary judgment.  The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 230(h).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 16, 2011, is VACATED, and the parties shall not appear at that time.  As of May 16, 2011, the Court will take Defendants' motion under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 11, 2011                                    _____
                                                                                  CHIEF UNITED STATES DISTRICT JUDGE